IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

LAKISHIA STEWART,

    Plaintiff,

v.                          CIVIL ACTION NO. 1:06-0114

DEBORAH A. HICKEY,

    Defendant.

### JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby **DISMISSES** plaintiff's application under 28 U.S.C. § 2241 and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 3rd day of February, 2009.

ENTER:

*David A. Faber* (signature)

David A. Faber
Senior United States District Judge